■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SOLOMON JACKSON, Appellant. [626 NYS2d 832] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Clabby, J.), rendered November 23, 1993.

Ordered that the judgment is affirmed *(see, People v Thompson*, 215 AD2d 604 [decided herewith]).

The defendant's sentence was not excessive *(see, People v Suitte*, 90 AD2d 80). Balletta, J. P., Copertino, Altman and Goldstein, JJ., concur.